[No. 22208-0-III.   Division Three.   May 25, 2004.]

DANIEL W. HAHN II, *Appellant*, v. IRENE HARTMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-03415-9, Michael E. Donohue, J., entered June 5, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz and Brown, JJ.

[No. 21339-1-III.   Division Three.   May 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE S. GOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02659-6, Neal Q. Rielly, J., entered August 2, 2002. *Affirmed* by unpublished opinion per Schultheis, J, concurred in by Sweeney, A.C.J., and Brown, J.

[No. 50811-3-I.   Division One.   June 1, 2004.]

*In the Matter of the Detention of* LANCE KLEINMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-03759-7, J. Kathleen Learned, J., entered June 21, 2002. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Kennedy and Agid, JJ.

[No. 50875-0-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY GRISBY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 85192, Joan E. DuBuque, J., entered October 2 and November 3, 2000. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Agid and Appelwick, JJ.